UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |  |
|---|---|---|
| JEFFERY RAY | ) | *Electronically Filed* |
|  | ) | **CASE NO.** |
| PLAINTIFF, | ) |  |
|  | ) | 3:26CV-1-RGJ |
| VS. | ) |  |
|  | ) |  |
| THE CELINA MUTUAL INSURANCE COMPANY | ) |  |
|  | ) |  |
| DEFENDANT | ) |  |

**NOTICE OF FILING OF DOCUMENTS NOT FILED PREVIOUSLY AS PART OF STATE CIRCUIT COURT RECORD**

Comes the Defendant, The Celina Mutual Insurance Company, by counsel, and attached please find a copy of documents in the Jefferson Circuit Court file that were not previously filed as part of the record: Defendant, The Celina Mutual Insurance Company's, Interrogatories and Requests for Production of Documents propounded upon Plaintiff, Jeffrey Ray, attached hereto as Exhibit 1.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ Zachary L. Turpin*
Melissa Thompson Richardson
Zachary L. Turpin
Kelly E. Alford
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
502-785-9090 (T)
502-742-0326 (F)
Melissa@RichardsonLawGrp.com
Zack@RichardsonLawGrp.com
KAlford@RichardsonLawGrp.com
COUNSEL FOR DEFENDANT,
THE CELINA MUTUAL INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

On January 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using

the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Zachary L. Turpin*
COUNSEL FOR DEFENDANT,
THE CELINA MUTUAL INSURANCE
COMPANY

7445.009243C:\NRPortbl\Golden_and_Walters\HPETERSEN\3078061_1.DOCX

2