COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 25-CI-010185

JEFFERY RAY                                                                    PLAINTIFF

VS.

**FIRST SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS TO PLAINTIFF JEFFERY RAY**

THE CELINA MUTUAL INSURANCE COMPANY                          DEFENDANT

*** *** *** ***

Pursuant to CR 33 and CR 34, the Defendant, Celina Mutual Insurance Company, hereby propounds the following discovery requests upon the Plaintiff, Jeffery Ray, to be responded to in writing, under oath, and as otherwise required by the Kentucky Rules of Civil Procedure, and pursuant to the definitions and instructions set out below.

In answering the Interrogatories, all information is to be divulged that is within the knowledge, possession, or control of you, your attorney, or your agents, or that may be reasonably ascertained by you or them. You are requested to supplement your initial answers to these Interrogatories after service of your answers if you later ascertain or acquire any information that falls within the scope of these Interrogatories or if events within the scope of these Interrogatories occur after service of your answers.

You are requested to produce any requested documents to the office of Richardson Law Group, PLLC, 771 Corporate Drive, Suite 900, Lexington, Kentucky, within thirty (30) days of service hereof. At your option, however, you may, prior to this date, provide the Defendant with copies of all documents in your possession, custody, or control responsive to these requests by hand-delivering or mailing copies of those documents to counsel for Defendant at the address listed above. If you choose to respond under this option, you are instructed to retain the originals of the

documents so that the Defendant or its counsel may inspect them if they desire. If you desire to produce the documents at a different location, date, or time, or to produce the documents in a different manner, please contact counsel for Defendant to make other reasonable arrangements for production.

DEFINITIONS AND INSTRUCTIONS

A.      Each document request seeks all information available to the Plaintiff, Jeffery Ray, his attorneys or agents, and any other persons acting on his behalf.

B.      As used herein, the terms "Plaintiff," "you," or "your" mean, without limitation, the Plaintiff, Jeffery Ray, his attorneys, agents, and representatives.

C.      An interrogatory asking you to "state in detail" or "describe in detail" seeks disclosure of each fact, circumstance, condition, or anything known to you about the subject of the interrogatory containing the phrase, as of the date the Interrogatories were answered.

D.      If an interrogatory asks you to "state in detail" the basis for a contention, you should state all facts, law, and applications of law to fact upon which you relied or rely in making or maintaining the contention.

E.      "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in CR 34.01. A draft or non-identical copy is a separate document within the meaning of this term.

F.      The term "document" includes any copy or copies of any of the foregoing on which any mark, alteration, or additional writing or other change from the original, or from any other copy, has been made.

G.      "Person" or "persons" means all entities, including, without limiting the generality of the foregoing, all natural persons, corporations, firms, companies, partnerships, joint ventures,

2

associations, trusts, estates, departments, boards, bureaus, governmental or public agencies, and any other public, private, or legal entity.

H.      Where appropriate in these requests, the singular form of a word shall be interpreted as plural, and the plural form as singular.

I.      Where appropriate in these interrogatories, "and" as well as "or" shall be construed either disjunctively or conjunctively, as necessary, to bring under the scope of these requests any information that might otherwise be construed to be outside of their scope.

J.      When an interrogatory requires you to describe or identify a person or other entity, it is intended that the answer shall give the name, address, and telephone number of the person or entity, and the name of the individual's workplace, workplace address, and workplace phone number.

K.      If there is objection to the production of any document or part thereof under the claim of privilege or work product, then please identify the document, state the privilege involved, and state the factual and legal basis for the claimed privilege.  Identify the document by stating the type of document, the date of the document, its sender(s), or preparer(s), its addressee(s), the person(s) to whom the document was shown or to whom copies were furnished, the subject matter of the document, and the person in whose custody the document is presently located. If the basis of your objection is confidentiality, please inform us as soon as possible so that the parties may execute a confidentiality agreement.

L.      If any document requested was, but is no longer, in your possession, custody, or control, please state whether the document is missing or lost, has been destroyed, has been transferred to another person, or otherwise has been disposed of. For each such document, please explain the circumstances surrounding disposition and describe the subject matter of the document.

M.      Please produce documents by category, as specified in CR 34.02.  Consider each request a category.

N.      These requests are continuing ones, and Plaintiff shall produce for inspection and copying any documents requested that are non-existent or unavailable at the date of production, but which come into existence or become available at any time prior to or during the trial of this action.

## INTERROGATORIES

**INTERROGATORY NO. 1:**      Please identify each and every individual participating in the answering of these interrogatories, including full name, date of birth, employment address and telephone number, residential address and telephone number, driver's license number, and Social Security number.

**ANSWER:**


**INTERROGATORY NO. 2:**      State your present address and how long you have been living at that address and all other addresses where you have resided for the last ten (10) years, giving the length of stay at each residence.

**ANSWER:**


**INTERROGATORY NO. 3:**      State the names of any and all relatives by blood or marriage who reside in Jefferson County, Kentucky.

**ANSWER:**

**INTERROGATORY NO. 4:**      Please identify each and every individual who has knowledge of discoverable information regarding the August 11, 2025, motor vehicle accident that gave rise to your cause of action, including home and work addresses, and telephone numbers, and a brief synopsis of the information known by each.

**ANSWER:**

**INTERROGATORY NO. 5:**      Please identify each and every individual you intend upon calling as a witness at the trial of this matter, giving a brief synopsis of the testimony you expect to elicit from each.

**ANSWER:**

**INTERROGATORY NO. 6:**      Describe in complete detail the automobile accident which occurred on or about August 11, 2025, in Jefferson County, Kentucky, which is the subject matter of this litigation, describing chronologically the events that occurred leading up to the motor vehicle accident, during the accident, and immediately thereafter.

**ANSWER:**

**INTERROGATORY NO. 7:**      Please state the amount that you claim for each item of damages alleged in your Complaint and itemize by nature, category, and type all monetary damages you are claiming.

**ANSWER:**

**INTERROGATORY NO. 8:**     Please state the phone number of a phone in your possession on whether you were using your cell phone for any purpose at any point while on the road on the date of this accident prior to the accident occurring.  If yes, please state when and how long you were using your cell phone.

**ANSWER:**


**INTERROGATORY NO. 9:**     Please identify your log-in information, including your user name and password, for any and all social networking sites that you have ever assessed, including, but not limited to, Facebook, Instagram, Tiktok, X (formerly Twitter), Topix, Linked-in, YouTube and any and all other media.

**ANSWER:**


**INTERROGATORY NO. 10:**     Please identify each and every doctor, hospital, chiropractor, or other individual or entity engaged in the healing arts from whom or which you have received treatment for the past twenty (20) years. Your answer should include, but not be limited to, the following:

    a.    Name, address and telephone number of each individual or entity;

    b.    The date of each visit;

    c.    The reason for each visit;

    d.    Describe in detail all diagnostic tests that were performed;

    e.    Please state in detail the diagnosis that was made, if any; and

    f.    Please state in detail the prognosis that you received.

**ANSWER:**

**INTERROGATORY NO. 11:**     Please identify each and every therapist, psychotherapist, psychologist, psychiatrist, counselor, or other individual or entity engaged in the mental health profession from whom or which you have received treatment for the past twenty (20) years. Your answer should include, but not be limited to, the following:

     a.      Name, address and telephone number of each individual or entity;

     b.      The date of each visit;

     c.      The reason for each visit;

     d.      Describe in detail the diagnosis that was made, if any; and

     e.      Please state in detail the prognosis that you received.

**ANSWER:**

**INTERROGATORY NO. 12:**     Please identify each and every pharmacy where you have had a prescription filled in the last twenty (20) years.

**ANSWER:**

**INTERROGATORY NO. 13:**     Please describe in complete detail all injuries you sustained as a result of the August 11, 2025, motor vehicle accident that gave rise to your cause of action, including, but not limited to, any and all actions and/or steps taken to mitigate the extent of such injury or damages.

**ANSWER:**

**INTERROGATORY NO. 14:**    Please identify each and every doctor, chiropractor, or other individual engaged in the healing arts that you have seen for the injuries you suffered as a result of the August 11, 2025, motor vehicle accident.

**ANSWER:**

**INTERROGATORY NO. 15:**    Please state whether or not you have ever been injured on the job. If your answer is "Yes," please state whether or not you filed a workers' compensation claim, giving the date such claim was filed, the workers' compensation case number, and the name and address of the attorney who assisted or filed the claim.

**ANSWER:**

**INTERROGATORY NO. 16:**    Please identify each and every family doctor you have had for the past twenty (20) years.

**ANSWER:**

**INTERROGATORY NO. 17:**    Please identify each and every employer you have had for the past twenty years. Your answer should include, but not be limited to, the following:

    a.    Name, address and telephone number of each employer;

    b.    Describe the type of work you performed for the employer;

    c.    Give the name, address, and telephone number of your immediate supervisor for each employer;

    d.    State the length of time you worked for each employer; and

8

e.    State the date you left the employer and give the reasons for leaving said employment.

**ANSWER:**

**INTERROGATORY NO. 18:**    Please describe in detail each and every injury, illness, sickness, or other medical condition that you have suffered prior to the August 11, 2025, motor vehicle accident that gave rise to your cause of action.

**ANSWER:**

**INTERROGATORY NO. 19:**    If you, or anyone acting on your behalf, have discussed this matter with any of the Defendants, their agents, or employees, please give the following information:

a.    Identify the individual with whom communications were conducted;

b.    Please give the date of the communication; and

c.    Please state in detail the substance of the communication.

**ANSWER:**

**INTERROGATORY NO. 20:**    With respect to any and all persons whom you have consulted with or may call as experts to give opinion testimony, medical or otherwise, at the trial of this matter, state the following:

a.    Their names and business addresses;

b.    The field or fields in which said witnesses are to be offered as experts;

c.    The substance of the facts to which said witnesses are expected to testify; and

      d.      The substance of the opinions to which said witnesses are expected to testify and a summary of the grounds for each opinion.

**ANSWER:**

**INTERROGATORY NO. 21:**      Please sign the attached Authorization for Disclosure of Protected Health Information, Workers' Compensation Records Authorization, Employment Records Authorization, PIP Records Authorization, Medicare Records Authorization, Social Security Records Authorization, Tax Release Authorization, and Cell Phone Records Release and return them with your Answers to these Interrogatories.

**ANSWER:**

**INTERROGATORY NO. 22:**      If you were working at the time of the August 11, 2025, motor vehicle accident which gave rise to your cause of action, please identify your employer, your rate of pay, and state whether or not you have been caused to miss work, giving the number of days missed.

**ANSWER:**

**INTERROGATORY NO. 23:**      Please identify each and every collateral source payor that has made any payment on your behalf, medical or otherwise, due to the August 11, 2025, motor vehicle accident that gave rise to your cause of action. This Interrogatory includes, but is not limited to:

      a.      Any payments made by an insurance company pursuant to basic reparations benefits;

b.	Any payments made by a health insurance company;

c.	Any payments made by Medicare, Medicaid, or any other government-sponsored program; and

d.	Any other payments made by any other collateral source payor.

For any identified collateral source payor, please give the date of each payment, the amount, and identify each payee.

**ANSWER:**


**INTERROGATORY NO. 24:**	Please identify any and all insurance contracts, insurance policies, reinsurance policies, excess policies, indemnification agreements, and any and all other potential sources of coverage, sources of funds, or other sources that may be available to satisfy any judgment or settlement that may be had against any Defendants in this case.

If the source of coverage and/or funds identified in your Answer is being provided under reservation of rights, or any other limitation, please describe in detail and produce any and all documents that relate to the reservation of rights or other limitation, and provide certified copies of all such sources of coverage, including declaration page(s).

If there has been a modification, restriction, limitation, denial, or refusal to provide coverage and/or funds under any source that might be available, please provide a certified copy of the declaration page(s) for each policy as well as the policy and all documents that relate to the modification, restriction, limitation, denial, or refusal.

**ANSWER:**

**INTERROGATORY NO. 25:**      Is there any policy of insurance under which the Defendant, Catherine Leigh, or any of his agents or employees may be insured in any manner for the damages, claims or actions that have arisen out of the claim brought in this lawsuit? If more than one policy, provide the following information for each policy:

(a)      The type and amount of coverage;

(b)      The name and address of the insurance company;

(c)      The name, address, and telephone number of each named insured;

(d)      The policy number and the policy period;

(e)      The limits of coverage for each type of coverage contained in the policy;

(f)      Whether any reservation of rights or controversy or coverage dispute exists between you and the insurance company, and, if so, what it is;

(g)      The name, address, and telephone number of the custodian of the policy;

(h)      The amount of the deductible for each policy, if applicable;

(i)      Is the deductible cumulative or individual;

(j)      Are there any additional types of insurance, including, but not limited to, an umbrella insurance policy that may be applicable to this lawsuit? If so, please state the name and address of the insurance company, along with the policy number and policy limits;

(k)      What is the deductible/self-retained coverage;

(l)      Identify the agent handling the claim; and,

(m)      Identify the individual(s) having full authority to settle this claim.

**ANSWER:**

**INTERROGATORY NO. 26:**    Please state whether you have ever been a party to a lawsuit before.  If your answer is yes, please provide the following information:

    a.      The date the case was filed;

    b.      A description of the claims that were made;

    c.      The reason why suit was filed (slip and fall, motor vehicle accident, etc.);

    d.      A description of the types of injuries alleged in each suit;

    e.      The name and address of the attorney(s) who represented you;

    f.      The disposition of the suit; and

    g.      If there was a monetary settlement, you should also state the sum you received.

**ANSWER:**

**INTERROGATORY NO. 27:**    Please provide a copy of any physicians' liens or loan agreements you have made with each and every medical provider or other entity to receive treatment without paying for said treatment in advance of the conclusion of this matter.

**ANSWER:**

**INTERROGATORY NO. 28:**    Please state whether you have made any financial agreement with any medical provider or received any financial benefits from any medical provider for treatment in exchange for any interest in the outcome of your claim which is the subject matter of this litigation. If your answer is "yes," please state the name of each and every entity you have made such an agreement with, including, but not limited to, the name of the representative of that entity with whom you made the agreement, the terms of the agreement, and also please provide a copy of the loan agreement.

13

**ANSWER:**

**INTERROGATORY NO. 29:**    If any information, statement, document, video, audio, photo, tape-recording, or information retained by any other means of tangible data compilation is withheld from your responses to any of these Interrogatories or Requests for Production of Documents, due to a claim of privilege, work-product, a civil rule, or any other reason, please state with specificity the reason for withholding the information and state the nature of the information not provided and not produced, describing the information to the fullest extent possible that will enable this party to assess the applicability of the privilege or protection.

    If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**

**INTERROGATORY NO. 30:**    For every bit of information, any statement, document, video, audio, photo, tape-recording and/or information retained by any other means of tangible data compilation that has been requested in these Interrogatories or Requests for Production of Documents sent contemporaneously herewith but:

    a.    has at one time been in the possession of the Plaintiff or its counsel, but no longer is in their possession; or

    b.    has been sent, transferred, or for whatever reason is now in the possession of someone other than the Plaintiff and/or its counsel; or

14

c.      has been destroyed, lost, misplaced, or is otherwise not now in the possession of Plaintiff and/or its counsel, state the nature of the information not provided and not produced, describing the information to the fullest extent possible.

For all information that is responsive to this Interrogatory, please identify all individuals involved in creating, receiving and witnessing the communication, giving all dates, and describing in detail the subject matter of the information or communication.

If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**


## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**   If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any other means of tangible data compilation, from any witness or individual, please produce same for inspection and copying.

**RESPONSE:**


**REQUEST NO. 2:**   If you, or anyone acting on your behalf, have obtained any photographs, videos, or other information retained by any other means of tangible data compilation, with regard to the August 11, 2025, motor vehicle accident, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 3:**    If you have incurred any medical, doctor, chiropractic, or miscellaneous bills and expenses as a result of the August 11, 2025, motor vehicle accident, please produce same for purposes of inspection and copying.

**RESPONSE:**

**REQUEST NO. 4:**    If any payments have been made on your behalf by Medicare, Medicaid, or any other government-sponsored program, please produce for inspection and copying any documents related to such payments, a payment summary form, and a Conditional Payment letter from the Medicare Secondary Payer Recovery Contractor (MSPRC).

**RESPONSE:**

**REQUEST NO. 5:**    Please produce for inspection and copying any and all medical reports, medical records and treatment notes from all of your treating and examining physicians, chiropractors, or other individuals engaged in the healing arts.

**RESPONSE:**

**REQUEST NO. 6:**    For each expert, medical or otherwise, that you have identified, please produce for inspection and copying a copy of the witnesses' curriculum vitae or statement of qualifications.

**RESPONSE:**

**REQUEST NO. 7:**    If you have received from any of said expert witnesses a written report, please produce same for purposes of inspection and copying.

16

**RESPONSE:**


**REQUEST NO. 8:**    If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any other means of tangible data compilation, from the Defendant or any agent, representative or employee of the Defendant, Celina Mutual Insurance Company, please produce same for inspection and copying.

**RESPONSE:**


**REQUEST NO. 9:**    Please produce for inspection and copying your state and federal income tax returns for the last five (5) calendar years.

**RESPONSE:**


**REQUEST NO. 10:**   Please provide a copy of your cell phone records that shows what telephone, text messaging, and internet use occurred on any cell phone in your possession on the date of this accident.

**RESPONSE:**


**REQUEST NO. 11:**   With regard to the amounts you are claiming for each item of damages alleged in your Complaint, please produce for inspection and copying a copy of the calculations used to arrive at each figure.

**RESPONSE:**

17

**REQUEST NO. 12:**  Please produce a photocopy of your driver's license or valid identification card.

**RESPONSE:**

**REQUEST NO. 13:**  Please produce each and every document you rely upon to support your answers to these Interrogatories.

**RESPONSE:**

**REQUEST NO. 14:**  Please produce a photocopy of your Medicare and/or Medicaid card.

**RESPONSE:**

**REQUEST NO. 15:**  Please produce a photocopy of your Social Security card.

**RESPONSE:**

**REQUEST NO. 16:**  Please produce all correspondence between you and Medicare, including, its agents, the Centers for Medicare and Medicaid Services (CMS), the Medicare Coordination of Benefits Contractor (COBC), and/or the Medicare Secondary Payer Recovery Contractor (MSPRC) since the date of the motor vehicle accident which is the subject matter of this litigation.

**RESPONSE:**

**REQUEST NO. 17:**  Please produce a complete payment history for all medical claims submitted to Medicare regarding treatments and/or coverages since the date of the motor vehicle accident which is the subject matter of this litigation.

18

**RESPONSE:**

**REQUEST NO. 18:**  Please produce a signed and notarized copy of the attached Protected Health Information Release.

**RESPONSE:**

**REQUEST NO. 19:**  Please produce a signed and notarized copy of the attached Social Security Records Release.

**RESPONSE:**

**REQUEST NO. 20:**  Please produce a signed and notarized copy of the attached Workers' Compensation Release.

**RESPONSE:**

**REQUEST NO. 21:**  Please produce a signed and notarized copy of the attached Employment Records Release.

**RESPONSE:**

**REQUEST NO. 22:**  Please produce a signed and notarized copy of the attached PIP Records Release Authorization.

**RESPONSE:**

**REQUEST NO. 23:**  Please produce a signed and notarized copy of the attached Medicare and Medicaid Authorization.

**RESPONSE:**

**REQUEST NO. 24:**  Please produce a signed and notarized copy of the attached Tax Return Authorization.

**RESPONSE:**

**REQUEST NO. 25:**  Please provide an executed copy of the attached Cell Phone Records Release.

**RESPONSE:**

**REQUEST NO. 26:**  Please produce a copy of each and every exhibit you intend to rely on or introduce at the trial of this matter.

**RESPONSE:**

**REQUEST NO. 27:**  Please produce each and every document you rely upon to support your answers to these Interrogatories.

**RESPONSE:**

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ Kelly E. Alford*

Melissa Thompson Richardson
Kelly E. Alford
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
502-785-9090 (T)
502-742-0326 (F)
Melissa@RichardsonLawGrp.com
KAlford@RichardsonLawGrp.com
COUNSEL FOR DEFENDANT,
CELINA MUTUAL INSURANCE COMPANY


## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the 31st day of December, 2025

by mailing and/or emailing a true and accurate copy to the following:

Danielle Reesor Blandford
Morgan & Morgan
1219 S. Hurstbourne Parkway
Louisville, KY 40222
dblandford@forthepeople.com
*Counsel for Plaintiff*

*/s/ Kelly E. Alford*

COUNSEL FOR DEFENDANT,
CELINA MUTUAL INSURANCE COMPANY

7445.009243C:\NRPortbl\Golden_and_Walters\RSELBY\3074764_1.DOCX

21

# Authorization for Disclosure of Protected Health Information

PATIENT:    <u>Jeffery Ray</u>

ADDRESS:    _____

                  _____

DOB:    _____

SSN:    _____

=================================================================

I, _____, authorize the disclosure of my protected health information[1] as described herein. I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information is/are not subject to federal and state health information privacy laws[2], subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1.    I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse and which relates to: 1) the past, present, or future physical or mental health or condition of an individual; 2) the provision of health care to an individual; or 3) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. <u>45 C.F.R. 164.508</u>. PHI includes information of and/or on persons living or deceased. The following components of a patient's information are also considered PHI:  a) names; b) street address, city, county, precinct, zip code; c) dates directly related to a patient, including birth date, admission date, discharge date, and date of death; d) telephone numbers, fax numbers and electronic mail addresses; e) Social Security numbers; f) medical record numbers; g) health plan beneficiary numbers; h) account numbers; i) certificate/license numbers; j) vehicle identifiers and serial numbers; including license plate numbers; k) device identifiers and serial numbers; l) Web Universal Resource Locators (URL's); m) biometric identifiers, including finger and voice prints; n) full face photographic images and any comparable images; and o) any other unique identifying number, characteristic, or code.

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

1

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> protected health information, as disclosed by the person(s) and/or organization(s) above:

Any attorney or paralegal in the law firm of Richardson Law Group, PLLC, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503.

3. Specific description of the protected health information that I authorize for disclosure:

The **entirety** of all medical records; Including, but not limited to: radiographic reports, charts, doctors' reports and records, office notes and memoranda, medical reports, radiology reports, radiology images, consultations, physical therapy records, clinic and outpatient reports and charts, psychotherapy notes, operative reports, pharmaceutical records, reports, charts, summaries, bills, and correspondence of whatever kind and nature regarding any and all prescription and non-prescription medication prescribed or dispensed to me, and any and all medical information or other information concerning or relating to my care, diagnosis, treatment, and/or hospitalization. **The scope of this authorization specifically includes the release of any protected health information concerning treatment, diagnosis, or testing of drug or alcohol abuse, drug related conditions, alcoholism, psychiatric/psychological conditions, behavioral services/psychiatric care, Acquired Immune Deficiency Syndrome (AIDS) and/or tests for antibodies to the AIDS virus (HIV).** The records shall include all records for treatment at any time, for any reason, not just for current treatment. The records shall contain all bills, invoices, insurance claims forms, and a printout of any computerized records of that information for treatment, together with all records of any payments, write-offs, or adjustments of charges for care, diagnoses, treatment, or hospitalization. If the bill was discounted or the hospital, doctor or pharmacy was paid a sum less than the full amount of the bill, records of the discount shall be produced.

4. Specific description of the purpose for each use or disclosure:

At the request of the individual.

5. I understand this Authorization can be revoked at any time. Such revocation must be submitted to the providers named herein in writing. The revocation shall be effective *except* to the extent that the providers have already used or disclosed information in reliance on the Authorization. Patient may revoke this Authorization by contacting the providers named herein. I hereby acknowledge that I understand and that I do not have to sign this authorization and that treatment, payment, enrollment in any health plan, or eligibility for benefits is <u>not</u> conditioned on or affected by my signing this Authorization. I have been informed and understand that information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient of such information, and, at that point, the information may be no longer protected under the terms of this agreement or federal or state privacy laws. I agree to hold the providers named herein, their affiliates, agents, representatives, officers and directors, employees and attending physicians harmless from and against any and all liability or claims arising out of any release of authorized information or against any republication by third parties after such release.

2

_____<br>(Initials)

6.      This authorization expires upon final adjudication of litigation currently pending in Jefferson Circuit Court, Div. II, styled, "Jeffery Ray v. The Celina Mutual Insurance Company", Case No. 25-CI-010185, or when revoked in writing.

7.      Copies of this Authorization will have the same weight as the original.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____    _____
NAME                                  DATE

STATE OF KENTUCKY      )
                                 (SCT.
COUNTY OF _____ )

Subscribed and sworn to before me by Jeffery Ray on this _____ day of _____ 2025.

My commission expires: _____.

_____
NOTARY PUBLIC

3

_____
(Initials)

## EMPLOYMENT RECORDS RELEASE AUTHORIZATION

**TO WHOM IT MAY CONCERN:**

_____

_____

_____

NAME:      Jeffery Ray_____

D/O/B:      _____

SS#          _____

================================================================

  I, _____, hereby authorize you to release any and all information contained in your files concerning my employment, including personnel files, income and benefits records, correspondence, and any and all other employment records of whatever kind and nature to any attorney or paralegal in the law firm of Richardson Law Group, PLLC, 771 Corporate Drive, Suite 900, Lexington, KY 40503. I also authorize you to discuss with any attorney or paralegal in the law firm of Richardson Law Group, PLLC my employment with you.

  Copies of this Authorization will have the same weight as the original.

  Dated this _____ day of _____ 2025.

_____
NAME

STATE OF _____)

           (SCT.

COUNTY OF _____)

  Subscribed and sworn to before me by Jeffery Ray, this ____ day of _____, 2025.

  My commission expires: _____.

_____
NOTARY PUBLIC, STATE-AT-LARGE

# MEDICARE AUTHORIZATION FORM
**\*\*ALL SECTIONS REQUIRED\*\***

## SECTION A: BENEFICIARY INFORMATION
Enter beneficiary name as it appears on Medicare card.

| First Name: | Middle Name: | Last Name: |
|---|---|---|

Date of Birth (mm/dd/yyyy) | Medicare Identification Number:

Address:

City: | State: | Zip code:

## SECTION B: RECORD DETAILS DEFINITION
Medicare will only disclose the claim information identified below for the individual in Section A.

Select **one** option:
- ☐ Release **all** records to date
- ☐ Release records in timeframe from start date _____ to end date: _____

**NY residents only:**
- ☐ Include all records
- ☐ Exclude information about alcohol and drug abuse, mental health treatment, and HIV

Indicate whether authorization release is for a one-time disclosure, or Identify a future date or event when the authorization will expire.

Select **one** option:
- ☐ One-time disclosure
- ☐ Expiration upon specified date _____
- ☐ Expiration upon specified event _____

## SECTION C: RELEASE INFORMATION TO
Identify the name, address and contact information of the person and/or organization to whom you want Medicare to disclose the claim records. Medicare will only release claim records to those listed.

☐ Release claim records to beneficiary at mailing address above.

Organization/Individual 1 Name | Recipient 1 Email Address

Recipient 1 Mailing Address:

## SECTION D: PURPOSE FOR REQUEST
This section helps Medicare understand the reason or intent for use for this record request.

☐ At the request of the individual | ☐ Litigation

## SECTION E: AUTHORIZATION AGREEMENT

I authorize Medicare to disclose claim records to the person(s) or organization(s) documented in Section C. I understand that these claim records may be re-disclosed by the recipient and may no longer be protected by law.

I understand I have the right to revoke this authorization at any time, in writing, except to the extent that Medicare has already acted based on my permission.

I understand that signing this authorization is voluntary. Treatment, payment, enrollment in a health plan or eligibility for benefits will not be conditioned on my authorization of this disclosure.

Signature of Beneficiary or Representative Authorized by Law: | Date Signed:

Legal Role of Representative (Requires Additional Documentation):



## 1. BENEFICIARY INFORMATION
Add beneficiary name and ID number as printed on Medicare identification card, date of birth, and address.

## 2. RECORD TIMEFRAME
Indicate date range of records to release, or select "release all records."

## 3. NY RESIDENTS: EXCLUSIONS OPT-IN
(NY residents only) Specify whether to exclude records related to alcohol and drug abuse, mental health treatment, and HIV.

## 4. SELECT EXPIRATION DATE OR EVENT
Indicate date or event information release authorization will expire, if you are not requesting a one-time disclosure.

## 5. SPECIFY ORGANIZATION TO RELEASE TO
Specify individual(s) to whom records should be released. First name, last name, and address are required. Additional contact information provided will be used only to follow up on questions related to your application submission.

## 6. SELECT REASON FOR REQUEST
Select purpose for record release request to help Medicare understand how records will be used.

## 7. BENEFICIARY SIGNATURE
Signature and date by beneficiary or authorized representative in acceptance of HIPAA clauses required to release information. If form not signed by beneficiary, attach notarized Power of Attorney (living individual), or Letters Testamentary and/ or Letters of Administration from the court (deceased individual).

## **PIP RECORDS RELEASE AUTHORIZATION**

INSURED:    Jeffery Ray

ADDRESS:    _____

_____

DOB:    _____

SSN:    _____

=============================================================

**TO** _____ **INSURANCE COMPANY:**

I, _____, hereby authorize you to release all information, including all records, reports, charts, findings, summaries, and correspondence of whatever kind and nature regarding the submission, processing, payment and/or maintenance of Personal Injury Protection (PIP) benefits made on my behalf, past or present, to any attorney or paralegal in the law firm of Richardson Law Group. PLLC, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. I also authorize you to discuss freely and render written opinions to any attorney or paralegal in the law firm of Richardson Law Group, PLLC, concerning your involvement in same.

Copies of this Authorization will have the same weight as the original.

Dated this _____ day of _____ 2025.

_____
NAME

STATE OF_____ )
                                                    (SCT.
COUNTY OF _____ )

Subscribed and sworn to before me by Jeffery Ray, on this _____ day of _____, 2025.

My commission expires: _____.

_____
NOTARY PUBLIC

Social Security Administration

## Consent for Release of Information

Form Approved
OMB No. 0960-0566

You must complete all required fields.  We will not honor your request unless all required fields are completed. *(*signifies a required field).*

**TO:  Social Security Administration**

_____  _____  _____
**\*My Full Name**                **\*My Date of Birth (MM/DD/YYYY)**              **\*My Social Security Number**

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

Any attorney or paralegal in the law firm of

Richardson Law Group, PLLC

**\*ADDRESS OF PERSON OR ORGANIZATION:**

771 Corporate Drive, Suite 900

Lexington, Kentucky 40503

**\*I want this information released because:**  Litigation Matter
  We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**

You must specify the records you are requesting by checking at least one box.  We will not honor a request for "any and all records" or "my entire file."  Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 1st Appl. to date Present
5. ☒ My Medicare entitlement from date 1st Appl. to date Present
6. ☒ Medical records from my claims folder(s) from date 1st Appl. to date Present
    If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**

    Applications, questionnaires, reports, consultative examinations, fee agreements,

    explanations, determinations

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult.  I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge.  I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000.  I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

**\*Signature:** _____    **\*Date:** _____

**\*Address:** _____

**Relationship (if not the subject of the record):** _____    **\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (07-2013) EF (07-2013)

**FORM 20A100**

Commonwealth of Kentucky
**Department of Revenue**

# DECLARATION OF REPRESENTATIVE

## 1 TAXPAYER INFORMATION: Please type or print.

Enter only those that apply.

| Taxpayer Name | Federal Taxpayer Identification Number |
|---|---|

| Mailing Address - Number and Street | Apartment/Suite No. | E-mail Address |
|---|---|---|

| City | State | Zip Code | Daytime Phone | |
|---|---|---|---|---|

## 2 REPRESENTATIVE(S) INFORMATION

Enter applicable identification number.

| Name | State and State Bar Number |
|---|---|

| Mailing Address - Number and Street | Apartment/Suite No. | State and CPA License Number |
|---|---|---|

| City | State | Zip Code | Daytime Phone | IRS Enrolled Agent Number |
|---|---|---|---|---|

| Name | State and State Bar Number |
|---|---|

| Mailing Address - Number and Street | Apartment/Suite No. | State and CPA License Number |
|---|---|---|

| City | State | Zip Code | Daytime Phone | IRS Enrolled Agent Number |
|---|---|---|---|---|

| Name | State and State Bar Number |
|---|---|

| Mailing Address - Number and Street | Apartment/Suite No. | State and CPA License Number |
|---|---|---|

| City | State | Zip Code | Daytime Phone | IRS Enrolled Agent Number |
|---|---|---|---|---|

## 3 TAX MATTERS:
The taxpayer appoints the above representative(s) for purposes of duly authorized representation in any proceeding with the Kentucky Department of Revenue with respect to the tax matters indicated below. If no tax form number or tax year is provided, this form will be valid for all tax types, tax years, and authorized acts selected until revoked.

| TAX TYPE | ACCOUNT NUMBER | TAX FORM NUMBER (740, 720, 51A205, etc.) | TAX YEAR(S) OR PERIOD(S) |
|---|---|---|---|
| ☐ Corporation Income/Limited Liability Entity Tax | | | |
| ☐ Individual Income Tax | | | |
| ☐ Sales and Use Tax | | | |
| ☐ Property Tax | | | |
| ☐ Other (Please Specify) | | | |

## 4 AUTHORIZED ACTS:
The representative(s) listed above is authorized to receive, inspect, and discuss the taxpayer's confidential tax information. The taxpayer also authorizes the following acts:

☐ Representative has the authority to sign a statute of limitations waiver on Taxpayer's behalf.

☐ Representative has the authority to execute a protest on Taxpayer's behalf.

☐ Representative has the authority to represent Taxpayer in any administrative tax proceeding, including conferences.

☐ Representative has the authority to receive notices and communications (unless system generated) from the Department of Revenue.

☐ Representative has the authority to represent Taxpayer in any collection matter, including an Offer-in-Settlement.

☐ Representative may obtain Taxpayer's CBI number and execute changes to Taxpayer's account.

☐ Other acts. (Please specify) _____

20A100 (10-19)

Page 1 of 3

| FORM 20A100 | DECLARATION OF REPRESENTATIVE | Page 2 of 3 |

**5   CONSOLIDATED OR UNITARY COMBINED RETURN FILERS:** If the taxpayer files a consolidated or unitary combined tax return per KRS 141.200(11) and/or KRS 141.201(3)(a), the authorized acts will be extended to the subsidiaries included in the return. If any subsidiaries are to be **excluded** from the authorized acts, list below.

| NAME | FEDERAL IDENTIFICATION NUMBER | TAX YEARS |
|------|-------------------------------|-----------|
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |
|      |                               |           |

**6   RETENTION/REVOCATION OF PRIOR POWER(S) OF ATTORNEY OR REPRESENTATIVE AUTHORIZATION(S)**
The filing of this authorization form automatically revokes any prior power(s) of attorney or representative authorization(s) on file with the Department of Revenue for the same matter(s) and year(s) or period(s) covered by this document. If you do not want to revoke any prior power(s) of attorney or representative authorization(s), **you must attach a copy of any power(s) of attorney or representative authorization(s) you wish to remain in effect for the same matter(s) and year(s) or period(s) covered.**

**7    SIGNATURE OF TAXPAYER.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate representative authorization even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

**NOT VALID UNLESS COMPLETED, SIGNED, AND DATED BY THE TAXPAYER.**

Signature

Date Signed

Print Name

Title (if applicable)

**8    SIGNATURE OF REPRESENTATIVE(S)**
Under penalties of perjury, by my signature below I declare that:
- I am not currently suspended or disbarred from practice, or ineligible for practice;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10) as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer for the matter(s) specified; and

**NOT VALID UNLESS COMPLETED, SIGNED, AND DATED BY THE REPRESENTATIVE(S).**

Signature

Date Signed

Printed Name

PTIN (if applicable)

Signature

Date Signed

Printed Name

PTIN (if applicable)

Signature

Date Signed

Printed Name

PTIN (if applicable)

## Purpose of Form 20A100

Use the *Declaration of Representative* (Form 20A100) to authorize the individual(s) to represent you before the Kentucky Department of Revenue. You may grant the individual(s) authorization to act on your behalf with regard to any tax administered by the Kentucky Department of Revenue. Form 20A100 is provided for the taxpayer's convenience. One form may be submitted to designate all tax types the Department is authorized to communicate with the authorized representative(s). You may revoke this form at any time.

1    **Taxpayer Information**—enter the following:

**Name and Address**—Print or type the name of the taxpayer submitting this form. For the address, include the suite, room, or other unit number after the street address. If the U.S. Postal Service does not deliver to the street address and the taxpayer has a P.O. box, include the box number instead of the street address.

**Daytime Phone**—Enter the taxpayer's telephone number.

**Federal Taxpayer Identification Number**—Enter the federal identification number. For individuals, this will be your social security number. For business entities, this will be your federal employer identification number (FEIN).

**E-mail Address**—Enter the taxpayer's e-mail address.

2    **Representative Information**

Enter up to three individuals authorized to represent you and act on your behalf before the Department about the tax matters and authorized acts specified on this form. Provide the name, address, and telephone number of the authorized representative(s). If the authorized representative is an attorney, certified public accountant (CPA), or enrolled agent, provide the appropriate identification number.

3    **Tax Matters**

Select the tax types the authorized representative(s) may act on your behalf with the Department. Provide the account number for all tax types selected. If authorization is being granted for specific forms and tax periods, list the tax forms and tax periods. If tax forms and tax periods are left blank, this form will be valid for all tax types, tax periods, and authorized acts selected until revoked.

4    **Authorized Acts**

This form allows the authorized representative(s) to communicate and receive confidential tax information. You may also select other acts the authorized representative(s) may perform on your behalf. If an act is not listed, select "Other" and specify.

**Note: This form does not allow the authorized representative to sign tax returns or settlement agreements on your behalf.**

5    **Consolidated or Unitary Combined Return Filers**

If a consolidated or unitary combined tax return has been filed, list any subsidiary(ies) to be excluded from this authorization. The Department will not discuss or provide confidential tax information to the authorized representative(s) for any subsidiary listed. If no subsidiaries are listed, this form will extend to all corporations in a consolidated or unitary combined tax return.

6    **Retention/Revocation**

Filing this form will automatically revoke any prior power of attorney or authorization letter submitted to the Department for the tax matters included on this form. **If you do not want to revoke a prior power of attorney or authorization letter, a copy MUST be attached to this form to remain in effect.**

7    **Signature of Taxpayer**

This form must be signed and dated by the taxpayer to be valid. If the taxpayer is a business entity, it must be signed by an individual with the authority to delegate a representative on behalf of the taxpayer. If not signed and dated, the Department will not communicate with or provide confidential tax information to the authorized representative(s) included on this form.

8    **Signature of the Authorized Representative(s)**

This form must be signed and dated by the authorized representative(s) to be valid. If not signed and dated, the Department will not communicate with or provide confidential tax information to the authorized representative(s) included on this form.

**Mail this form to the following address:**

**Kentucky Department of Revenue
P. O. Box 181, Station 56
Frankfort, Kentucky 40602-0181**

# RELEASE AND CONSENT TO DISCLOSURE

I, _____, _____, _____-\_\_\_\_-_____
        (Printed Name)                (Birth Date)       (Social Security Number)

do hereby authorize the Department of Workers' Claims, Labor Cabinet, Commonwealth of Kentucky ("Department"), to release to

_____,
                (Person or entity to whom records may be released)

and deliver, by mail or otherwise, to that person or entity at the following address:

_____

(Street Address)

_____

(City)

_____,

(State, Zip Code)

any and all records, documents and information in the Department's possession pertaining to any workers' compensation matter or matters involving me. These records, documents, and information may include, but are not limited to, first and subsequent reports of injury, claim file material including medical records and reports, settlement agreements, and awards. By affixing my signature below, I affirmatively consent to the release and disclosure of any and all such records and documents, and all information contained therein. I further affirmatively state I understand and acknowledge that by authorizing the release and delivery of this material I am waiving any right to claim the material to be released is exempt from disclosure under the Kentucky Open Records Act, KRS 61.878.

_____

(Typed or printed name of person releasing information)

_____

(Signature of person releasing information)

STATE OF     _____

COUNTY OF _____

      Subscribed, sworn to, and acknowledged before me, a Notary Public, in and for said County and State, personally by _____, on this the _____ day of _____ \_\_\_\_, 2025.

_____

Notary Public

My Commission Expires: _____

**CELL PHONE RECORDS RELEASE AUTHORIZATION**

NAME: ___Jeffery Ray_____

ADDRESS: _____

DOB: _____

SSN: _____

TELEPHONE NO.: _____

    I, _____, hereby authorize _____ to release all information, including all records, contract information, incoming calls, outgoing calls, billing statements, payment history, and any and all other information, to any attorney or paralegal in the law firm of Richardson Law Group, PLLC, Corporate Plaza, 771 Corporate Drive, Suite 900, Lexington, Kentucky 40503. I also authorize you to discuss freely and render written opinions to any attorney or paralegal in the law firm of Richardson Law Group, PLLC concerning your involvement in same.

    Copies of this Authorization will have the same weight as the original.

    Dated this _____ day of _____ 2025.


                            _____

                            NAME


STATE OF _____ )
                                      (SCT.
COUNTY OF _____ )

    Subscribed and sworn to before me by Jeffery Ray to be his own free act and deed on this

_____ day of _____, 2025.

    My commission expires: _____.


                            _____

                            NOTARY PUBLIC, STATE-AT-LARGE

O:\Forms[Paralegal]NEW\CellPhoneRecs\1aCellPhoneRecordsRelease.doc